UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ARNIE JUDKINS and
PHILLIS JUDKINS,

        Plaintiffs,                      No. 12-CV-14706

vs.                                                  Hon. Gerald E. Rosen

HSBC MORTGAGE SERVICES;
MORTGAGE ELECTRONIC
REGISTRATION SYSTEM; REGIONS
BANK; COLLATERAL MANAGER CINDY
CAMPS; EQUIFIRST CORPORATION, and
ASSISTANT VICE PRESIDENT
JULIE COONEY,

        Defendants.
_____/

## JUDGMENT

        At a session of said Court, held in the
        U.S. Courthouse, Detroit, Michigan
        on _____

        PRESENT:   Honorable Gerald E. Rosen
                               United States District Chief Judge

      The Court having this date entered a Memorandum Opinion and Order granting Defendants Regions Bank, Equifirst Corporation and Julie Cooney's motions to dismiss and being fully advised in the premises,

      NOW, THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against Defendants Regions Bank, Equifirst Corporation and Julie Cooney is hereby DISMISSED, WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that Plaintiffs' Complaint against Defendants HSBC, MERS, and Cindy Camp is DISMISSED, WITHOUT PREJUDICE, for failure to prosecute.


           S/Gerald E. Rosen
           Chief Judge, United States District Court

Dated: January 10, 2013

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 10, 2013, by electronic and/or ordinary mail.

           S/Julie Owens
           Case Manager